TUXEDO PARK ASSOCIATION, INC., Respondent, *v.* PAUL E. JACKSON et al., Appellants, et al., Defendants.

Submitted November 29, 1954; decided December 3, 1954.

Motion for reargument denied, with $10 costs. [See 307 N. Y. 865.]